Date: 02/02/11    DIVIDENDS REMITTED TO THE COURT    Page:

Check Number 1015 Dated 02/02/11

Case Number 09-30316 - GILBERTSON, W. PETER

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Franciscan<br>700 West Ave South<br>La Crosse, WI 54601 | 000005 | 135.00 | 0.85 |
| ---------- Remittance Total --------------- | | 135.00 | 0.85 |

CHARLES W. RIES, Trustee

COURT1    Printed: 02/02/11 02:59 PM    Ver: 16.01c